UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK MARTINEZ,

    Plaintiff,

v.                                          Case No.: 8:21-cv-579-TPB-SPF

BLOOMIN' BRANDS, INC. and OS
RESTAURANT SERVICES, LLC,

    Defendants.
_____/

## MEDIATION REPORT

A mediation conference was held on February 2, 2022, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

        __X__  All individual parties and their respective counsel.

        __X__  Designated corporate representatives.

        _____  Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

_____

(c)     The outcome of the mediation conference was:

    __X__    <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

    _____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

    _____    <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

    _____    <u>The parties have reached an impasse</u>.

**Done this** 14th day of February, 2022, in Tampa, Florida.

*/s/ Bradford D. Kimbro*

_____
Signature of Mediator

Bradford D. Kimbro
Name of Mediator

100 North Tampa St., Suite 4100
Tampa, FL   33602
Telephone no: 813-227-6660